```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

BECKY MUNTER                                        PLAINTIFF

    vs.                CASE No. 08-5005

COSMOPOLITAN LIFE
INSURANCE CO., et al                                DEFENDANTS

### ORDER

    Now on this 7th day of March, 2008, comes the motion for leave to file amended complaint (doc. #4).  The Court, being well and sufficiently advised, and there being no objection by the defendants, does HEREBY GRANT the motion.  The plaintiff shall file its amended complaint within 5 days of this order.

    IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Robert T. Dawson
                         United States District Judge
```